UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

|  |  |
|---|---|
| Karen A. Graves | **Chapter:** 13 |
|  | **Case Number:** 12-41647 |
| Debtor(s). | **Judge:** Steven W. Rhodes |

_____/

|  |  |
|---|---|
| Karen A. Graves | Adversary Case no. |
|     Plaintiff, |  |

v.

Mortgage Electronic Registrations Systems, Inc. ("MERS")
(solely as nominee for Lender and Lender's
  successors and assigns)
and
BNC Mortgage, Inc., a Delaware Corporation,
    Defendants.

_____/

## COMPLAINT

NOW COMES, Karen A. Graves, Debtor and Plaintiff herein, by and through her attorney, JAAFAR AND MAHDI LAW GROUP, P.C., and for her Complaint against the above Defendants states to this Honorable Court as follows:

1. Jurisdiction of this matter is conferred on the court by 28 U.S.C. §1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(K).

3. Venue is proper pursuant to 28 U.S.C. §1409(b).

4. Plaintiff filed the above-captioned Chapter 13 Bankruptcy on January 26, 2012.

5. On or about June 10, 2005, Plaintiff signed a mortgage in the amount of $176,800.00 on the collateral commonly known as 1045 W. Huron River Dr., Belleville, MI 48111 with Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and with BNC

Mortgage, Inc., a Delaware Corporation, as Lender. (Attached, as **Exhibit A**, and incorporated by reference, is a copy of the mortgage signed on June 10, 2005 and filed on June 27, 2005)

6. Defendants, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender, have a second lien on the collateral commonly known as 1045 W. Huron River Dr., Belleville, MI 48111 in the amount of $44,200.00 represented by a mortgage signed on June 10, 2005 and filed on November 10, 2005. (Attached as **Exhibit B**, and incorporated by reference is a copy of the second mortgage signed on June 10, 2005 and filed on November 10, 2005)

7. The market value of the collateral, commonly known as 1045 W. Huron River Dr., Belleville, MI 48111 is $169,000.00. (Attached, as **Exhibit C**, and incorporated by reference, is an Appraisal on the property at 1045 W. Huron River Dr., Belleville, MI 48111)

8. Pursuant to 11 U.S.C. §506(a), a creditor is allowed to have a secured claim to the extent of the value of its interest in the estate's interest in the property, and an unsecured claim to the extent that the value of such interest is less than the amount of its allowed secured claim.

9. The interest of Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender on the primary lien listed in Paragraph 5, *supra*, exceeds the value of the collateral commonly known as 1045 W. Huron River Dr., Belleville, MI 48111.

10. There is no remaining interest in the estate in the property commonly known as 1045 W. Huron River Dr., Belleville, MI 48111 to which the second lien of Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender can attach.

WHEREFORE, the Plaintiff prays that this Court enter a Judgment in favor of the Plaintiff and against the Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender, holding that the second lien held by Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender is stripped from the land located in the County of Wayne, State of Michigan, fully described as the property situated in the Township of Van Buren, County of Wayne, State of Michigan, described as follows:

> LOT 3 AND WEST 50 FEET OF LOT 4, HURON-ELWELL SUBDIVISION, according to the plat thereof as recorded in Liber 74 of Plats, Page 42, Wayne County Records.
>
> COMMONLY KNOWN AS: 1045 HURON RIVER DRIVE

PLAINTIFF FURTHER PRAYS, that this Court enters a Judgment in favor of the Plaintiff and against the Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender, that the second lien held by Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's

successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender is fully unsecured.

PLAINTIFF FURTHER PRAYS, that this Court enter a Judgment that provides that upon entry of an Order of Discharge, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender , shall execute and deliver to the Plaintiff any discharge statement that is or may be required by law to release its lien.

PLAINTIFF FURTHER PRAYS, that this Court enter a Judgment that provides that if the Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender, fails to so execute and deliver to the Plaintiff any discharge statement that is or may be required by law to release its lien that upon a affidavit of the Plaintiff's attorney of the failure to do the same, this Judgment shall act as authorization for Plaintiff's counsel to execute any discharge statement to release the lien on behalf of Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Lender and Lender's successors and assigns, as Mortgagee, and BNC Mortgage, Inc., a Delaware Corporation, as Lender.

Dated: March 7, 2012  /s/Afan Bapacker  
Afan Bapacker (p70885)  
Jaafar & Mahdi Law Group, P.C.  
23400 Michigan Ave.Suite 110  
Dearborn, MI 48124  
313-846-6400  
313-846-3200 fax  
abapacker@jaafarandmahdi.com