# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Karen A. Graves                                          **Chapter:** 13
                                                                           **Case Number:** 12-41647
                Debtor(s).                                   **Judge:** Steven W. Rhodes
_____/

    Karen A. Graves                                          Adversary Case no. 12-04399
          Plaintiff,

v.

    Mortgage Electronic Registrations Systems, Inc. ("MERS")
    (solely as nominee for Lender and Lender's
     successors and assigns)
    and
    BNC Mortgage, Inc., a Delaware Corporation,
          Defendants.
_____/

## APPLICATION FOR DEFAULT JUDGMENT AND AFFIDAVIT

STATE OF MICHIGAN     )
                                 ) SS.
COUNTY OF WAYNE     )

Afan Bapacker, being duly sworn, deposes and states:

1.     That he is the attorney for Plaintiff, Karen A. Graves, in the above named action.

2.     That the said Defendant, BNC Mortgage, Inc., a Delaware Corporation, was served with process with a summons and complaint as appears from the certificate of service on file pursuant to F.R.C.P.4. (See attached **Exhibit 2** Certificate of Service)

3.     That said Defendant, BNC Mortgage, Inc., a Delaware Corporation, has not filed or served an answer or taken other such actions as permitted by law.

4.     That the summons and complaint filed in the above matter are hereby taken as confessed.

5. The Defaulted party, namely Defendant, BNC Mortgage, Inc., a Delaware Corporation, is not an infant or incompetent person.

6. The Defaulted party, BNC Mortgage, Inc., a Delaware Corporation, is not in the military service.

7. Based on BNC Mortgage, Inc., a Delaware Corporation's most recent mortgage, the creditor for the second mortgage that is listed on page one of the filings is BNC Mortgage, Inc.

8. That Defendant's, BNC Mortgage, Inc., a Delaware Corporation, secured lien is deemed unsecured pursuant to 11 U.S.C.§(d), in the amount of $44,200.00, according to the documents attached hereto and taken into evidence herein be defaulted of the Defendant, BNC Mortgage, Inc., a Delaware Corporation. (See attached **Exhibit 3** Junior Lien Holder's Mortgage and **Exhibit 4** Appraisal)

9. Plaintiff attaches a proposed order pursuant to L.B.R. 7055-1 (**Exhibit 1**).

FURTHER the deponent sayeth not.

Dated: May 9, 2012        /s/Afan Bapacker____
                          Afan Bapacker (p70885)
                          Debtor Attorney
                          Jaafar & Mahdi Law Group, P.C.
                          23400 Michigan Ave.
                          Suite 110
                          Dearborn, MI 48124
                          313-846-6400
                          313-846-3200 fax
                          abapacker@jaafarandmahdi.com